**Benny VASQUEZ, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28230.**

Court of Criminal Appeals of Texas.

April 4, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The sale of beer in a dry area is the offense; the punishment, a fine of $500.

The record before us contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.